**COMMONWEALTH of Pennsylvania**

v.

**John KELLY, Appellant.**

Superior Court of Pennsylvania.

Submitted March 29, 1978.

Decided Nov. 17, 1978.

John A. Papola, Philadelphia, for appellant.

Robert B. Lawler, Assistant District Attorney, and Edward G. Rendell, District Attorney, Philadelphia, for Commonwealth, appellee.

Before JACOBS, President Judge, and HOFFMAN, CERCONE, PRICE, VAN der VOORT, SPAETH and HESTER, JJ.

OPINION

PER CURIAM:

Judgment of sentence affirmed.

CERCONE, J., concurs in the result.

SPAETH, J., files a dissenting statement.

HOFFMAN, J., did not participate in the consideration or decision of this case.

SPAETH, Judge, dissenting:

I should remand for a hearing to determine whether trial counsel was ineffective for failing to file a motion to suppress and whether appellant's waiver of a jury trial was voluntary. See *Commonwealth v. Twiggs,* 460 Pa. 105, 331 A.2d 440 (1975).